

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Arquilio Ortiz,

Defendant.

Order of Restitution

17 Cr. 700 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 27 2019

Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Cecilia Vogel, Sarah Mortazavi, and Alexandra Rothman, Assistant United States Attorneys, of counsel; the presentence report; the Defendant's conviction on Counts One and Two of the above Information; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** Arquilio Ortiz, the Defendant, shall pay restitution in the total amount of $75,000 to Allstate Financial Services, LLC, which reimbursed the victim of the offenses charged in Counts One and Two for the loss arising from those offenses. The name, address, and specific amount owed to Allstate Financial Services, LLC is set forth in the Schedule attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Joint and Several Liability.** Defendant's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution for the offenses in this matter, specifically Stephen Decker, Luis Mercado, and Robert Merlo, under No. S1 17 Cr. 738 (LAK), as well as Gregory Adamo, under No. S2 17 Cr. 738 (LAK). Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered

herein, or Allstate Financial Services, LLC has been paid the total amount of the loss from all the restitution paid by the Defendant and co-defendants in this matter.

Dated: New York, New York

11/26/19

_____
HON. LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE