# Joseph P. Ferri, P.C.
## Attorney At Law

666 Old Country Road  
Suite 605  
Garden City, New York 11530

Ph: (516) 280-5620  
Fx: (516) 280-5621  
eMail: josephferri@ferrilaw.com

January 24, 2020

*Via ECF*  
Hon. Lewis A. Kaplan  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

DATE: 1-27-2020

      Re:    United States v. Arquilio Ortiz  
               Case No.: 1:17-cr-00700-LAK-1

Dear Judge Kaplan:

I write to request permission for my client Arquilio Ortiz ("Ortiz")), to leave the State of New York for nine days, from Friday, February 21, 2020 until Saturday, February 29, 2020 per condition "3" of the Standard Conditions of Supervision.

On November 26, 2019, this Court sentenced Ortiz to "time served" with three years of supervised release, a $300 fine and restitution of $75,000. Ortiz has paid the fine and established a payment plan through probation to repay the restitution. He is otherwise in full compliance of his probation conditions as has been characterized as 'low-risk' by his probation officer Michelle Rodriguez.

Ortiz's travel is to accompany his fiancé to Port Canaveral, Florida where they will board a Carnival cruise ship to Turks & Caicos. Ortiz's fiancé, Margaret Suarez ("Suarez"), is the treasurer of the Erika Roman Foundation, a charitable organization dedicated to breast cancer awareness. The Erika Roman Foundation is sponsoring this fund-raising event on the cruise ship. Suarez, as the treasurer, has obligations to the charitable foundation to organize, participate, and account for the various fundraising activities while on the cruise.

I have discussed this request with AUSA Cecilia Vogel, and Probation Officer Michelle Rodriguez. Both have taken "no-position" on this request.

I thank the Court for its consideration.

Yours, etc.,

*Joseph P. Ferri, Jr.*  
JOSEPH P. FERRI, JR., ESQ.  
*Attorney for Arquilio Ortiz*

SO ORDERED Granted  
LEWIS A. KAPLAN, USDJ  
1/27/2020



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 27, 2020

**BY EMAIL**
Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *United States* v. *Arquilio Ortiz,* No. 17 Cr. 700 (LAK)

Dear Judge Kaplan:

On January 24, 2020, defendant Arquilio Ortiz, currently on supervised release, submitted a letter to the Court requesting permission to travel on a Carnival cruise ship to the Turks & Caicos from February 21 – 29, 2020. The Government takes no position as to this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:    _____
Alexandra N. Rothman
Cecilia E. Vogel
Sarah Mortazavi
Assistant United States Attorneys
(212) 637-2580/1084/2520