# Joseph P. Ferri, P.C.
## Attorney At Law

7600 Jericho Turnpike
Suite 201
Woodbury, New York 11797

Ph: (516) 280-5620
eMail: josephferri@ferrilaw.com

February 13, 2023

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/14/23

_Via ECF_

Hon. Lewis A. Kaplan
United States District Judge
500 Pearl St.
New York, NY 10007-1312

Re:   <u>United States v. Arquilio Ortiz</u>
Case No.: 1:17-cr-00700-LAK-1

Dear Judge Kaplan:

I write to request permission for my client Arquilio Ortiz ("Ortiz"), to leave the State of New York for ten days, from February 18, 2023 until February 27, 2023 per condition "3" of the Standard Conditions of Supervision dated November 16, 2019.

Mr. Ortiz requests permission to travel for ten days, with his partner Margie Suarez.   Travel will be from NYC to Florida and then onto a cruise. Departure is tentatively scheduled for Saturday, February 18, 2023, and the return date is tentatively scheduled for Monday, February 27, 2023.

I have contacted both U.S. Probation Officer Ewelina Zajkowski and AUSA Alexandra Rothman regarding this travel request. AUSA Rothman defers to probation.  Probation Officer Zajkowski indicated in an email that "Probation does not oppose" to this request.

Yours, etc.,

_Joseph P. Ferri, Jr._
JOSEPH P. FERRI, JR.
Attorney for Defendant

Cc:   Andrew_Mohan@nysd.uscourts.gov
Alexandra.Rothman@usdoj.gov
Ewelina_Zajkowski@nyep.uscourts.gov

Granted

**SO ORDERED**

LEWIS A. KAPLAN, USDJ   2/14/23